PHINIZY & CLAYTON *vs.* PORTER *et al.*

Possession must be actual in order to protect land purchased from a defendant in *fi. fa.* by a *bona fide* purchaser, after the lapse of four years. That the purchaser had the land surveyed, and finding the fence of a neighbor a little over his line, permitted it to remain there, on condition that he might join a fence thereto if he should desire to clear his land and build a fence, does not alone show such possession as will relieve the land from the lien of a judgment against the vendor. Code, §3583; 55 *Ga.*, 44, 224; 64 *Ib.*, 46.

Judgment reversed.

March 13, 1883.

JACKSON, Chief Justice.

[A *fi. fa.* was levied on land, and a claim was interposed. The claimant was a purchaser from the defendant in *fi. fa.* after the date of the judgment, but claimed to be relieved from the lien of the judgment by reason of four years' possession under §3583 of the Code. The evidence of possession relied on was that the purchaser had the land surveyed and found that a neighbor had run her fence a little over his line, in order to avoid a swamp; and he agreed with the neighbor's agent that her fence might remain where it was over the line, with the privilege reserved to him of joining it. The jury found the land not subject. Plaintiff moved for a new trial on the ground that the verdict was not supported by the evidence. The motion was overruled, and plaintiff excepted.]